UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFA VISION INSURANCE
CORPORATION.

    Plaintiff,

vs.                                       CASE NO. 8:07-CIV-1358-T-17-EAJ

MARC CHATELIER and JOHN SPENCER.

    Defendants.
_____/

## ORDER OF FINAL DEFAULT JUDGMENT

This cause is before the Court on the plaintiff's application for final default judgment. The plaintiff asks for a judgment declaring that ALFA VISION INSURANCE CORPORATION owes no coverage for the claims presented by MARC CHATELIER or JOHN SPENCER for the December 8, 2006, incident, that ALFA VISION INSURANCE CORPORATION has no duty to defend or indemnify MARC CHATELIER in the underlying matter, and to grant ALFA VISION INSURANCE CORPORATION costs for bringing this action. The Court finds that application well-taken. Accordingly, it is

**ORDERED** that the application for final default judgment be **granted** and the Clerk of Court is directed to enter judgment for plaintiff and against defendants as follows: 1) ALFA VISION INSURANCE CORPORATION is found to owe no coverage for the claims presented by MARC CHATELIER or JOHN SPENCER for the December 8, 2006, incident.

2) ALFA VISION INSURANCE CORPORATION has no duty to defend or indemnify MARC CHATELIER in the underlying matter, and 3) ALFA VISION INSURANCE CORPORATION is entitled to costs for bringing this action. The Clerk of Court is further directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of April, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record